# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

-vs-                                    Case No. 6:07-cv-738-Orl-28UA

**CHRISTIE D. CHAMPAIGN,**

    **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 13) filed August 11, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 29, 2008 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Default Judgment (Doc. No. 13) is **GRANTED**.

    3.    Default judgment is entered in favor of Plaintiff and against Defendant in the following amounts: $39,383.47 as of August 19, 2008 (comprised of the following: $26,470.38 in principal; $6,456.53 in interest; $5.00 in an administrative charge; $6,451.56

in penalties) and $441.17 in interest since August 19, 2008 to today's date (3.88 percent per annum) for a total of $39,824.64.

4. Plaintiff is also awarded post-judgment interest at the rate allowed by law.

5. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in accordance with the terms set forth above and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __23__ day of January, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party